| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | Vernon H. Granneman (SBN 83532) |
| 2 |   vernon.granneman@pillsburylaw.com |
| | Dianne L. Sweeney (SBN 187198) |
| 3 |  dianne.sweeney@pillsburylaw.com |
| 4 | 2475 Hanover Street |
| | Palo Alto, CA 94304-1114 |
| 5 | Telephone: (650) 233-4500 |
| | Facsimile: (650) 233-4545 |
| 6 | |
| 7 | OPPENHEIMER WOLFF & DONNELLY LLP |
| | Bret A. Puls, Esq. (*Pro Hac Vice* application to be filed forthwith) |
| 8 |  BPuls@oppenheimer.com |
| | Samuel R. Hellfeld (SBN 234421) |
| 9 | SHellfeld@oppenheimer.com |
| | 45 South Seventh Street, Suite 3300 |
| 10 | Minneapolis, MN 55402 |
| 11 | Telephone: (612) 607-7000 |
| | Facsimile: (612) 607-7100 |
| 12 | |
| | Attorneys for Defendant |
| 13 | DAVID GOLDSTEEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON, | Case No. 3:11-cv-02753-JSW |
|     Plaintiff, | |
| v. | |
| WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN ORBIT, LLC ; SPECIGEN, INC. ; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF SAMUEL R. HELLFELD IN SUPPORT** |
|     Defendants. | |

STIPULATION AND [PROPOSED] OR EXTENDING TIME TO
RESPOND TO COMPLAINT

1

1  Plaintiff Suzanne Jackson and Defendant David Goldsteen, by and through their counsel, and
2  subject to the Court's approval, stipulate as follows:
3  WHEREAS, Plaintiff served her complaint on Defendant David Goldsteen on August 27,
4  2011;
5
6  WHEREAS, Defendant Goldsteen has requested an extension of time to answer or otherwise
7  respond to the complaint;
8  WHEREAS, Plaintiff has previously agreed to extend the time to answer or otherwise
9  respond to the complaint to October 11, 2011 for Defendants Marvin Siegel, Jon Sabes and Steven
10  Sabes.
11
12  WHEREAS, Plaintiff has likewise agreed to extend Defendant David Goldsteen's time to
13  answer or otherwise respond to the complaint to October 11, 2011;
14  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN
15  THE PARTIES that, subject to the Court's approval, Defendant Goldsteen shall answer or otherwise
16  respond to the complaint on or before October 11, 2011.

17  Dated: September 15, 2011           **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
18
                                         By: /s/ Robert J. Stump_____
19                                           Robert J. Stump
                                             Attorney for Plaintiff Suzanne D. Jackson
20

21   Dated: September 15, 2011          **OPPENHEIMER WOLFF & DONNELLY, LLP**
22
                                         By: /s/ Samuel R. Hellfeld_____
23                                           Samuel R. Hellfeld
                                             Attorney for Defendant David Goldsteen
24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED
26  Dated: September ___, 2011           _____
27                                           The Honorable Jeffrey S. White
28

---
STIPULATION AND [PROPOSED] OR EXTENDING TIME TO
RESPOND TO COMPLAINT

2

## DECLARATION OF SAMUEL R. HELLFELD

I, Samuel R. Hellfeld, declare as follows:

1. I am a Senior Associate at Oppenheimer Wolff & Donnelly, LLP, counsel for Defendant David Goldsteen in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify thereto.

2. As set forth in the above stipulation, the parties have agreed to extend Defendant Goldsteen's time to answer or otherwise respond to Plaintiff's complaint to October 11, 2011.

3. Plaintiff has agreed to an identical extension of time for Defendants Marvin Siegel, Jon Sabes, and Steven Sabes. (Dkt. No 16).

4. The reason for the requested extension is to give Defendant Goldsteen's counsel adequate time to come up to speed on the facts of the case and prepare Defendant Goldsteen's response to the complaint.

5. The requested extension of time should not have any significant impact on the schedule for this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of September 2011 at Minneapolis, Minnesota.

                                                                                                                      /s/ Samuel R. Hellfeld  
                                                                                                                      Samuel R. Hellfeld  
                                                                                                                      Attorney for Defendant  
                                                                                                                      David Goldsteen

## FILER'S ATTESTATION

I, Samuel R. Hellfeld, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT and DECLARATION OF SAMUEL R. HELLFELD IN SUPPORT.  In compliance with General Order 45.X.B, I hereby attest that Robert Stumpf, counsel for Plaintiff, concurs in this filing.

Dated:  September 15, 2011                                      /s/ Samuel R. Hellfeld
                                                                                    Samuel R. Hellfeld
                                                                                    Counsel for Defendant Goldsteen