| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | Vernon H. Granneman (SBN 83532) |
|   | vernon.granneman@pillsburylaw.com |
| 3 | Dianne L. Sweeney (SBN 187198) |
|   | dianne.sweeney@pillsburylaw.com |
| 4 | 2475 Hanover Street |
|   | Palo Alto, CA  94304-1114 |
| 5 | Telephone:  (650) 233-4500 |
| 6 | Facsimile:  (650) 233-4545 |
| 7 | OPPENHEIMER WOLFF & DONNELLY LLP |
|   | Bret A. Puls, Esq. (*Pro Hac Vice* application to be filed forthwith) |
| 8 | BPuls@oppenheimer.com |
|   | Samuel R. Hellfeld (SBN 234421) |
| 9 | SHellfeld@oppenheimer.com |
|   | 45 South Seventh Street, Suite 3300 |
| 10 | Minneapolis, MN  55402 |
| 11 | Telephone:  (612) 607-7000 |
|   | Facsimile:  (612) 607-7100 |
| 12 | |
|   | Attorneys for Defendant |
| 13 | DAVID GOLDSTEEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON, | Case No. 3:11-cv-02753-JSW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED]** |
| WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN N ORBIT, LLC ; SPECIGEN, INC. ; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL, | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF SAMUEL R. HELLFELD IN SUPPORT** |
| Defendants. | |

1  Plaintiff Suzanne Jackson and Defendant David Goldsteen, by and through their counsel, and
2  subject to the Court's approval, stipulate as follows:
3  WHEREAS, Plaintiff served her complaint on Defendant David Goldsteen on August 27,
4  2011;
5
6  WHEREAS, Defendant Goldsteen has requested an extension of time to answer or otherwise
7  respond to the complaint;
8  WHEREAS, Plaintiff has previously agreed to extend the time to answer or otherwise
9  respond to the complaint to October 11, 2011 for Defendants Marvin Siegel, Jon Sabes and Steven
10 Sabes.
11
12 WHEREAS, Plaintiff has likewise agreed to extend Defendant David Goldsteen's time to
13 answer or otherwise respond to the complaint to October 11, 2011;
14 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN
15 THE PARTIES that, subject to the Court's approval, Defendant Goldsteen shall answer or otherwise
16 respond to the complaint on or before October 11, 2011.

17 Dated: September 15, 2011                **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
18
                                             By: /s/ Robert J. Stump
19                                               Robert J. Stump
                                                 Attorney for Plaintiff Suzanne D. Jackson
20

21 Dated: September 15, 2011                **OPPENHEIMER WOLFF & DONNELLY, LLP**
22
                                             By: /s/ Samuel R. Hellfeld
23                                               Samuel R. Hellfeld
                                                 Attorney for Defendant David Goldsteen
24

25 PURSUANT TO STIPULATION, IT IS SO ORDERED

26 Dated: September 16, 2011                 _____
                                              The Honorable Jeffrey S. White
27
28

---

STIPULATION AND [PROPOSED] OR EXTENDING TIME TO                                              2
RESPOND TO COMPLAINT