| | |
|---|---|
| 1 | The Law of Offices of Tom Chia-Kai Wang |
| 2 | Tom Chia-Kai Wang (SBN 269050) (Northern District of California Admission Application to be filed forthwith) |
| 3 | 117 West 9th St., Suite 206 |
| | Los Angeles, CA 90015 |
| 4 | Telephone: (213) 290-0930 |
| | Facsimile: (213) 622-0335 |
| 5 | |
| 6 | Attorneys for Defendants Chetan Narsude, Mani Koolasuriya, Monvia LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON, | Case No. 3:11-cv-02753-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF TOM CHIA KAI WANG IN SUPPORT** |
| v. | |
| WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL, | |
| Defendants. | |

1  Plaintiff Suzanne Jackson and Defendants Chetan Narsude, Mani Kulasooriya,
2  Monvia LLC, by and through their counsel, and subject to the Court's approval, stipulate
3  as follows:
4  WHEREAS, Plaintiff served her complaint on Defendants Chetan Narsude, Mani
5  Kulasooriya, Monvia LLC on or around August 30, 2011;
6  WHEREAS, Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC have
7  requested an extension of time to answer or otherwise respond to the complaint;
8  WHEREAS, Plaintiff has previously agreed to extend the time to answer or
9  otherwise respond to the complaint to October 11, 2011 for Defendants David Goldsteen,
10 Marvin Siegel, Jon Sabes and Steven Sabes;
11 WHEREAS, Plaintiff has likewise agreed to extend Defendants Chetan Narsude,
12 Mani Kulasooriya, Monvia LLC's time to answer or otherwise respond to the complaint to
13 October 11, 2011;
14 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND
15 BETWEEN THE PARTIES that, subject to the Court's approval, Defendants Chetan
16 Narsude, Mani Kulasooriya, Monvia LLC shall answer or otherwise respond to the
17 complaint on or before October 11, 2011.

Dated: September 18, 2011     **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By: _____

Robert J. Stumpf, Jr.

Attorney for Plaintiff Suzanne D. Jackson

Dated: September 18, 2011     **THE LAW OFFICES OF TOM CHIA-KAI WANG**

By: /s/ Tom Chia Kai Wang

Tom Chia Kai Wang

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF TOM CHIA KAI WANG IN SUPPORT

| | |
|---|---|
| 1 | |
| 2 | Attorney for Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 19, 2011

_____
The Honorable Jeffrey S. White