KAUFMAN LLC
ALAN H. KAUFMAN
445 Park Avenue
New York, New York
Telephone:    646-820-6550
Facsimile:    646-820-6568
Appearing *Pro Hac Vice*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Plaintiff Suzanne D. Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE D. JACKSON,<br><br>            Plaintiff,<br><br>  v.<br><br>WILLIAM FISCHER, JON SABES, STEVEN SABES, DAVID GOLDSTEEN, MARVIN SIEGEL, BRIAN CAMPION, LONNIE BOOKBINDER, CHETAN NARSUDE, MANI KOOLASURIYA, JOSHUA ROSEN, UPPER ORBIT, LLC, SPECIGEN, INC., PEER DREAMS INC., NOTEBOOKZ INC., ILEONARDO.COM INC., NEW MOON LLC, MONVIA LLC, and SAZANI BEACH HOTEL,<br><br>            Defendants. | Case No. CV 11-2753 JSW<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED OBLIGATIONS**<br><br>[CIVIL LOCAL RULE 7-11] |

1  Having reviewed and considered plaintiff Suzanne Jackson's administrative motion,

2  **Good cause appearing, IT IS HEREBY ORDERED**:

3  1. The Case Management Conference, currently set for September 30, 2011, is
4  continued until October 28, 2011 at 1:30 p.m.

5  2. The deadline to exchange initial disclosures and to file a joint case
6  management report is continued until October 21, 2011.

7  3. The deadline to meet and confer and file an ADR Certification is continued
8  to October 7, 2011.

Dated: September 23, 2011

*Jeffrey S. White*

THE HONORABLE JEFFREY S. WHITE
United States District Judge

---

W02-WEST:5DAS1\403862684.1

-1-

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CMC