1   Theodore A. Griffinger, Jr. (SBN 66028)
    Tanya Herrera (SBN 177790)
2   STEIN & LUBIN LLP
    Transamerica Pyramid
3   600 Montgomery Street, 14th Floor
    San Francisco, CA  94111
4   Telephone:    (415) 981-0550
    Facsimile:    (415) 981-4343
5   tgriffinger@steinlubin.com
    therrera@steinlubin.com
6
    Attorneys for Defendants,
7   JON SABES, STEVEN SABES AND MARVIN
    SIEGEL
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  SUZANNE D. JACKSON,                    Case No.  3:11-cv-02753-JSC

14          Plaintiff,

15  v.

16  WILLIAM FISCHER; JON SABES;        **STIPULATION AND [PROPOSED]**
    STEVEN SABES; DAVID GOLDSTEEN;     **ORDER EXTENDING TIME TO**
17  MARVIN SIEGEL; BRIAN CAMPION;      **RESPOND TO COMPLAINT;**
    LONNIE BROOKBINDER; CHETAN         **DECLARATION OF TANYA HERRERA**
18  NARSUDE; MANI KOOLASURIYA;         **IN SUPPORT**
    JOSHUA ROSEN; UPPER ORBIT, LLC;
19  SPECIGEN, INC.; PEER DREAMS INC.;
    NOTEBOOKZ INC.; ILEONARDO.COM
20  INC.; NEW MOON LLC; MONVIA LLC;
    and SAZANI BEACH HOTEL,
21
            Defendants.
22

23

24

25

26

27

28

1    Plaintiff Suzanne Jackson and defendants Marvin Siegel, Jon Sabes and Steven

2    Sabes, (together "Defendants"), by and through their counsel, and subject to the Court's approval,

3    stipulate as follows:

4    WHEREAS, Plaintiff served her First Amended Complaint on December 5, 2011;

5    WHEREAS, the parties previously stipulated that Defendants' last day to answer

6    or otherwise respond to Plaintiff's First Amended Complaint would be January 13, 2011;

7    WHEREAS, Defendants have requested an additional extension of time to answer

8    or otherwise respond to the First Amended;

9    WHEREAS, Plaintiff has agreed to extend Defendants' time to answer or

10   otherwise respond to the First Amended Complaint to January 27, 2012;

11   WHEREAS, Defendants have agreed that Plaintiff's opposition to the motion to

12   dismiss will be due on or before February 24, 2012;

13   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

14   BETWEEN THE PARTIES that, subject to the Court's approval, Defendants shall answer or

15   otherwise respond to the First Amended Complaint on or before January 27, 2012.

16
17   Dated:  January 9, 2012                    SHEPPARD MULLIN RICHTER
                                                 & HAMPTON LLP

18
19                                         By:   /s/ Robert J. Stumpf, Jr.
                                                 Robert J. Stumpf, Jr.
20                                               Attorneys for Plaintiff
                                                 SUZANNE D. JACKSON

21   Dated: January 9, 2012                      STEIN & LUBIN LLP

22
23                                         By:   /s/ Tanya Herrera
                                                 Tanya Herrera
24                                               Attorneys for Defendants
                                                 MARVIN SIEGEL, JON SABES and STEVEN
25                                               SABES

26

27

28

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3   Dated: _____          _____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT;
DECLARATION OF TANYA HERRERA IN SUPPORT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>DECLARATION OF TANYA HERRERA</u>

I, Tanya Herrera, declare as follows:

1.     I am of counsel at Stein & Lubin LLP, counsel for defendants Marvin Siegel, Jon Sabes and Steven Sabes ("Defendants") in this action. I have personal knowledge that the facts set forth in this declaration are true and correct and, if called as a witness, could and would testify thereto.

2.     As set forth in the attached stipulation, the parties previously agreed that Plaintiff would file her First Amended Complaint on or before December 2, 2011 and Defendants would answer or otherwise respond to the First Amended Complaint on or before January 13, 2012. Defendants intend to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and will seek a mutually convenient hearing date.

3.     The reason for the requested extension is to give Defendants' counsel additional time to consider the new allegations and claims for relief in Defendants' First Amended Complaint. With the exception of the previous stipulation have been no previous time modifications in this action.

4.     The requested extension of time should not have any significant impact on the schedule for the case, given that the initial case management conference and first available hearing dates are in April, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of January 2012 at San Francisco, California.


   /s/ Tanya Herrera                 
   Tanya Herrera