| | |
|---|---|
| 1 | Theodore A. Griffinger, Jr. (SBN 66028) |
| | Tanya Herrera (SBN 177790) |
| 2 | STEIN & LUBIN LLP |
| | Transamerica Pyramid |
| 3 | 600 Montgomery Street, 14th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 981-0550 |
| | Facsimile: (415) 981-4343 |
| 5 | tgriffinger@steinlubin.com |
| | therrera@steinlubin.com |
| 6 | |
| 7 | Attorneys for Defendants, |
| | JON SABES, STEVEN SABES AND MARVIN |
| | SIEGEL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE D. JACKSON, | Case No. 3:11-cv-02753-JSC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF TANYA HERRERA IN SUPPORT** |
| WILLIAM FISCHER; JON SABES; STEVEN SABES; DAVID GOLDSTEEN; MARVIN SIEGEL; BRIAN CAMPION; LONNIE BROOKBINDER; CHETAN NARSUDE; MANI KOOLASURIYA; JOSHUA ROSEN; UPPER ORBIT, LLC; SPECIGEN, INC.; PEER DREAMS INC.; NOTEBOOKZ INC.; ILEONARDO.COM INC.; NEW MOON LLC; MONVIA LLC; and SAZANI BEACH HOTEL, | |
| Defendants. | |

1  Plaintiff Suzanne Jackson and defendants Marvin Siegel, Jon Sabes and Steven
2 Sabes, (together "Defendants"), by and through their counsel, and subject to the Court's approval,
3 stipulate as follows:
4  WHEREAS, Plaintiff served her First Amended Complaint on December 5, 2011;
5  WHEREAS, the parties previously stipulated that Defendants' last day to answer
6 or otherwise respond to Plaintiff's First Amended Complaint would be January 13, 2011;
7  WHEREAS, Defendants have requested an additional extension of time to answer
8 or otherwise respond to the First Amended;
9  WHEREAS, Plaintiff has agreed to extend Defendants' time to answer or
10 otherwise respond to the First Amended Complaint to January 27, 2012;
11  WHEREAS, Defendants have agreed that Plaintiff's opposition to the motion to
12 dismiss will be due on or before February 24, 2012;
13  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND
14 BETWEEN THE PARTIES that, subject to the Court's approval, Defendants shall answer or
15 otherwise respond to the First Amended Complaint on or before January 27, 2012.

Dated: January 9, 2012  SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Robert J. Stumpf, Jr.
Robert J. Stumpf, Jr.
Attorneys for Plaintiff
SUZANNE D. JACKSON

Dated: January 9, 2012  STEIN & LUBIN LLP

By: /s/ Tanya Herrera
Tanya Herrera
Attorneys for Defendants
MARVIN SIEGEL, JON SABES and STEVEN SABES

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3  Dated: __January 11, 2012__

4  _____
   By: CHIEF JUDGE JAMES WARE