1   Theodore A. Griffinger, Jr. (SBN 66028)
    Tanya Herrera (SBN 177790)
2   STEIN & LUBIN LLP
    Transamerica Pyramid
3   600 Montgomery Street, 14th Floor
    San Francisco, CA  94111
4   Telephone:    (415) 981-0550
    Facsimile:    (415) 981-4343
5   tgriffinger@steinlubin.com
    therrera@steinlubin.com
6
    Attorneys for Defendants,
7   JON SABES, STEVEN SABES AND MARVIN
    SIEGEL
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13   SUZANNE D. JACKSON,                 Case No.  3:11-cv-02753-JSW

14          Plaintiff,                   **STIPULATION AND [~~PROPOSED~~]
                                         ORDER GRANTING LEAVE TO EXCEED
15   v.                                  PAGE LIMITS ESTABLISHED BY THE
                                         COURT'S CIVIL STANDING ORDERS**
16   WILLIAM FISCHER; JON SABES;
     STEVEN SABES; DAVID GOLDSTEEN;
17   MARVIN SIEGEL; BRIAN CAMPION;
     LONNIE BROOKBINDER; CHETAN
18   NARSUDE; MANI KOOLASURIYA;
     JOSHUA ROSEN; UPPER ORBIT, LLC;
19   SPECIGEN, INC.; PEER DREAMS INC.;
     NOTEBOOKZ INC.; ILEONARDO.COM
20   INC.; NEW MOON LLC; MONVIA LLC;
     and SAZANI BEACH HOTEL,
21
            Defendants.
22

23          Plaintiff Suzanne Jackson and Defendants Jon Sabes, Steven Sabes and Marvin

24   Siegel (collectively "Defendants"), by and through their counsel, and subject to the Court's

25   approval, stipulate as follows:

26          **WHEREAS**, Plaintiff filed a First Amended Complaint ("FAC") on December 5,

27   2011;

28          **WHEREAS**, the FAC asserts purported federal securities fraud and common law

1  claims related to Plaintiffs' investments;

2  **WHEREAS**, the FAC alleges, *inter alia*, that Defendants engaged in a

3  comprehensive scheme to defraud Plaintiff in violation of the Securities Exchange Act of 1934

4  and the Securities Act of 1933 and by failing to provide and failing to disclose material facts,

5  which purportedly constitute common law fraud;

6  **WHEREAS**, the parties agree that the FAC's scope and complexity warrant a

7  modest increase in the page limits imposed by this Court's Civil Standing Orders for Defendants'

8  opening brief and Plaintiff's opposition brief to Defendants' motion to dismiss, but that the page

9  limit for Defendants' reply brief shall remain 15 pages;

10  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY**

11  **AND BETWEEN THE PARTIES**, subject to the Court's approval, that:

12          1.     Defendants' memorandum of law in support of their motion to dismiss shall

13  not exceed 25 pages; and

14          2.     Plaintiffs memorandum of law in opposition to Defendants' motion to

15  dismiss shall not exceed 25 pages.

16  Dated: January 6, 2011          KAUFMAN LLC

17

18                    By:  */s/ Alan H. Kaufman*
                        Alan H. Kaufman

19                          Attorneys for Plaintiff Suzanne D. Jackson

20  Dated: January 6, 2011          STEIN & LUBIN LLP

21

22                    By:  */s/ Tanya Herrera*
                        Tanya Herrera

23                          Attorneys for Defendants
                        Jon Sabes, Steven Sabes and Marvin Siegel

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS
ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS

1

**[PROPOSED] ORDER**

2    Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the page

3   limits for the motion to dismiss briefing in this matter shall be:

4         Defendants' motion to dismiss:                                  25 pages

5         Plaintiff's opposition to Defendants' motion to dismiss:        25 pages

6

7    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

8

9

10  Dated:  January __11__, 2012          _____
                                          The Honorable Jeffrey S. White
11                                        United States District Judge

12                                        By:  CHIEF JUDGE JAMES WARE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS
ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS