1  KAUFMAN LLC
   ALAN H. KAUFMAN
2  445 Park Avenue
   New York, New York 10022
3  Telephone: 646-820-6550
   Facsimile: 646-820-6568
4  Appearing Pro Hac Vice

5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
6    Including Professional Corporations
   ROBERT J. STUMPF, JR., Cal. Bar No. 72851
7  rstumpf@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
8  San Francisco, California 94111-4109
   Telephone: 415-434-9100
9  Facsimile: 415-434-3947

10 Attorneys for Plaintiff Suzanne D. Jackson

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 | SUZANNE D. JACKSON,                          | Case No. CV 11-2753 JSW
16 |        Plaintiff,                            |
17 |   v.                                         | STIPULATION AND [PROPOSED]
   |                                              | ORDER EXTENDING TIME TO
18 | WILLIAM FISCHER, JON SABES, STEVEN           | RESPOND TO MOTIONS TO DISMISS
   | SABES, DAVID GOLDSTEEN, MARVIN               | AND TO REPLY; DECLARATION OF
19 | SIEGEL, BRIAN CAMPION, LONNIE                | ROBERT J. STUMPF IN SUPPORT
   | BOOKBINDER, CHETAN NARSUDE,                  | THEREOF
20 | MANI KOOLASURIYA, JOSHUA ROSEN,              |
   | UPPER ORBIT, LLC, SPECIGEN, INC.,            |
21 | PEER DREAMS INC., NOTEBOOKZ INC.,            |
   | ILEONARDO.COM INC., NEW MOON                 |
22 | LLC, MONVIA LLC, and SAZANI BEACH            |
   | HOTEL,                                       |
23 |                                              |
   |        Defendant.                            |
24

25

26

27

28

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure Civil L.R. 6-1(b), 6-2, and 7-12, it is hereby stipulated by and between the parties, through their respective attorneys, that:

WHEREAS, Plaintiff Suzanne Jackson ("Jackson") filed and served her First Amended Complaint on December 5, 2011;

WHEREAS, Jackson and Defendants William Fischer, Upper Orbit LLC, Jon Sabes, Steven Sabes, Marvin Siegel, Mani Koolasuriya, Monvia LLC, Chetan Narsude and New Moon LLC ("Defendants") previously stipulated that Defendants' last day to answer or otherwise respond to the First Amended Complaint would be January 13, 2012;

WHEREAS, Defendants requested an additional extension of time to answer or otherwise respond to the First Amended;

WHEREAS, Plaintiff agreed to extend Defendants' time to answer or otherwise respond to the First Amended Complaint to January 27, 2012;

WHEREAS, Defendants agreed that Plaintiff's opposition to the motions to dismiss would be due on or before February 24, 2012;

WHEREAS, Jackson requested an additional extension of time to oppose the motions to dismiss, to March 16, 2012;

WHEREAS, Defendants agreed that Plaintiff's opposition to the motions to dismiss would be due on or before March 16, 2012;

WHEREAS the parties further agreed that Defendants would have an extension of time to file replies on their motions to dismiss, such that they would be due on or before April 9, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, Plaintiff shall file and serve her opposition to Defendants' motions to dismiss on or before March 16, 2012, and Defendants shall file and serve their reply papers on or before April 9, 2012.

| | | |
|---|---|---|
| 1 | Dated: February 21, 2012 | **/s/ Robert J. Stumpf, Jr.** |
| 2 | | Robert J. Stumpf, Jr. |
| | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | | Attorneys for Plaintiff Suzanne Jackson |
| 4 | Dated: February 21, 2012 | **/s/ Peter C. McMahon** |
| | | Peter C. McMahon |
| 5 | | MCMAHON SEREPCA LLP |
| | | Attorneys for Defendants William Fischer and Upper Orbit, LLC |

Dated: February 21, 2012    **/s/ Tanya Herrera**
Tanya Herrera
STEIN & LUBIN LLP
Attorneys for Defendants Jon Sabes, Steven Sabes, and Marvin Siegel

Dated: February 21, 2012    **/s/ Tom Chia-Kai Wang**
Tom Chia-Kai Wang
LAW OFFICES OF TOM CHIA-KAI WANG
Attorneys for Defendants Chetan Narsude, Mani Kulasooriya, Monvia LLC, and New Moon LLC

**Filer's Attestation**: Pursuant to General Order No. 45, Section X(B) regarding signatures, Robert J. Stumpf, Jr. hereby attests that concurrence in the filing of this document has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___February 22___, 2012

_____
The Hon. Jeffrey S. White