**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZANNE D. JACKSON,

    Plaintiff,                          No. C 11-02753 JSW

    v.

WILLIAM FISCHER, ET AL.,                **ORDER OF RECUSAL**

    Defendants.
                                       /

    TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

    **IT IS SO ORDERED.**

Dated: February 24, 2012

                                                                                    JEFFREY S. WHITE
                                                                                     UNITED STATES DISTRICT JUDGE